**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| BRANDON DALE OGLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:10CV557 |
| | ) | |
| DET. SCOTT WILLIS (HPPD) and | ) | |
| DET. JACK MCGHINNIS (HPPD), | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On August 3, 2010, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections to the Recommendation within the time limit prescribed by Section 636.

The Court has reviewed Plaintiff's objections de novo and finds they do not change the substance of the United States Magistrate Judge's rulings which are affirmed and adopted.

**IT IS THEREFORE ORDERED** that this action is dismissed pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted.

William L. Osteen, Jr.
_____
**United States District Judge**

February 28, 2011